IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-61-D

SIYU FANG,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
NATURALIZATION SERVICES, et al.,

    Defendants.

**ORDER**

For the reasons stated in defendants' memorandum of law in support of their motion to dismiss [D.E. 18], the court GRANTS defendants' motion to dismiss [D.E. 17] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction.

SO ORDERED. This 30 day of August, 2023.

JAMES C. DEVER III
United States District Judge