UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIYU FANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:23-CV-61-D** |
| ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ALEJANDRO MAYORKAS, MERRICK, ) | |
| GARLAND, and JOHN ALLEN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 17] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction.

**This Judgment Filed and Entered on August 31, 2023, and Copies To:**

Siyu Fang           (via US Mail to 610 Metro Station, Apex, NC 27502)

Sharon C. Wilson    (via CM/ECF electronic notification)

DATE: August 31, 2023                    PETER A. MOORE, JR., CLERK

                                         (By) /s/ Stephanie Mann
                                         Deputy Clerk